

MINUTE ENTRY
VANCE, J.
May 18, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

You are hereby notified that the following numbered and entitled cases will be called on **WEDNESDAY, JUNE 21, 2000, at 10:00am** before **JUDGE SARAH S. VANCE** in Courtroom C279, 500 Camp Street, New Orleans, LA and if good cause is not shown for such inaction the case will be dismissed.

**99-2722**   PERFORADORA CENTERAL, SA de CV vs. M/V ROSIE, ET AL
No answer or default judgment as to the defendants, South Pacific Fishing Investment Co., Ltd., Nautica Saltamar SA de CV, and Cotemar SA de CV.

**99-3586**   DENNIS BENNETT VS. CHEMICAL LEMAN TANKLINES, INC., ET AL
No answer or default judgment as to the defendant, Van Camp Trailers and Body Inc.

**99-3634**   ALPHONSE GRAFFIA, III, ET AL VS. SERAFIN TOPIC, ET AL
No answer or default judgment as to the defendants, Serafin Topic, Terma Navigation Co., Inc., Marfin Management S.A.M., Western Cumberland Carriers, Inc., Blue Water Shipping Co., and Blue Water Shipping Services, Inc.

**00-69**   SHAREEF COUSIN VS. ANTHONY SMALL
No answer or default judgment as to the defendants, Byron Berry, Roger Jordan, Greg Kennedy, and Harry Connick

**00-354**   ASBESTOS WORKERS LOCAL 53 HEALTH & WELFARE FUND VS. CALVIN ARENA
No answer or default judgment as to the defendant, Calvin Arena.

DATE OF ENTRY
MAY 1 9 2000

00-394      BANK OF AMERICA NA VS. MISS JUDY, ET AL
            No answer or default judgment as to the defendants, Eldridge K. Arrington, Jr. and Judy L. Arrington.

00-509      HERB TANNER SNOW VS. WEEKS MARINE, ET AL
            No answer or default judgment as to the defendant, Weeks Marine.

00-541      EDWARD BAHWELL VS. STANLEY-BOSTITCH, INC., ET AL
            No answer or default judgment as to the defendant, Gary Durall.

00-544      RIVERFRONT GARDEN DISTRICT ASSOCIATION, INC., VS. USA, ET AL
            No answer or default judgment as to the defendants, United States of America, William Sussman, City of New Orleans, Clifford Scineaux, State of Louisiana Department of Transportation and Development, and Kam Movassaghi.

00-548      ALLIED GRAIN CORPORATION, ET AL VS. M/V DREW DAVIS, ET AL
            No answer or default judgment as to the defendants, Forest Line, Inc. and River Towing, Inc.

00-552      CLARA ROQUES, ET AL VS. JAY DEE CARRIGAN, ET AL
            No answer or default judgment as to the defendants, Jay Dee Carrigan and TKG Transport, Inc.

00-555      WESTERN BULK CARRIERS K/S VS. PANELA CORPORATION
            No answer or default judgment as to the defendant, Panela Corporation.

00-629      THOMAS E. JOHNSON VS. LAWSON & LAWSON TOWING CO INC.
            No answer or default judgment as to the defendant, Lawson & Lawson Towing Co., Inc.

00-750      GREGORY T. JOHNSTON VS. JEFFERSON-PILOT LIFE INS CO., ET AL
            No answer or default judgment as to the defendants, Jefferson Pilot Life Insurance Co., Island Operating Company Inc. Long Term Disability Benefit

Plan, and Island Operating Company, Inc.

00-755   USA VS. EURO-AMERICA SHIPPING & TRADE, INC., ET AL
No answer or default judgment as to the defendant, Euro-America Shipping & Trade, Inc.

00-834   USA VS. CLYDE WELLS
No answer or default judgment as to the defendant, Clyde Wells.

*Sarah Vance*
SARAH S. VANCE
UNITED STATE DISTRICT JUDGE

Please direct any inquires regarding this notice to
Jay Susslin
Courtroom Deputy Clerk
Section R
500 Camp Street, Room C151
New Orleans, LA 70130
(504) 589-7689 office
(504) 589-2050 fax