

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ASBESTOS WORKERS LOCAL 53 HEALTH & WELFARE FUND    CIVIL ACTION

VERSUS    NO. 00-354

CALVIN ARENA    SECTION "R"

### ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

This matter was placed on the Court's June 21, 2000 call docket for hearing. At that hearing, the Court ordered the case passed for 30 days to allow counsel time to effect service and/or for responsive pleadings to be filed. Counsel was further informed by the Court's Minute Entry of June 21, 2000, that the case would be dismissed if no action was taken within 30 days. The record reflects that to date, no action has been taken and that the time allowed by the Court has expired without the required documents being filed.

Accordingly,

**IT IS ORDERED** that the plaintiff's complaint is hereby DISMISSED without prejudice for failure to prosecute.

New Orleans, Louisiana this 2nd day of August, 2000.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 0 3 2000

Fee_____
Process____
X Dktd____
CtRmDep___
Doc.No. 5