

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG -7 AM 11: 36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASBESTOS WORKERS LOCAL 53 HEALTH & WELFARE FUND and ITS BOARD OF TRUSTEES | * * * * | CIVIL ACTION<br><br>NO. 00-354 |
| VERSUS | * * | SECTION "R" |
| CALVIN ARENA | * * | JUDGE VANCE |
| | * | MAG. CHASEZ (5) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO REINSTATE CASE

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Asbestos Workers Local 53 Health & Welfare Fund and Its Board of Trustees, who move this Court to reinstate this action against defendant, Calvin Arena. Defendant has not entered an appearance in this action.

This matter was placed on the Court's June 21, 2000 call docket for hearing. At that hearing, the Court ordered the case passed for 30 days to allow counsel for plaintiffs time to effect service and/or for responsive pleadings to be filed. On that same date, service of the defendant was made at Asbestos Workers Local 53 Union Hall. The return was filed into the record on June 22, 2000.

F:\WP51\MARIAC\ASBESTOS.53\PLEADINGS\ARENA-REINSTATE.MOT.wpd                                                                                              - 1 -

DATE OF ENTRY
AUG 0 8 2000



On August 2, 2000, a Judgment of Dismissal was entered into the record dismissing, without prejudice, plaintiffs' suit because of failure by the plaintiffs to prosecute within the time allowed by the Court and to serve the defendant, Calvin Arena, within the requisite 120 days from the filing of the lawsuit, and plaintiffs did not timely explain the reason why defendant was never served.

Upon receipt of the dismissal, we notified the Court that the defendant was only recently served on June 21, 2000 and the return was filed in the record on June 22, 2000, copy attached. Counsel was advised by the Judge's clerk that the filed return was not in the Court's record. The required 20 days for defendant to respond had elapsed and plaintiffs were in the process of preparing a judgment by default. Upon reinstatement of this case, the process of obtaining a default judgment will immediately be filed into the record.

Accordingly, plaintiffs request that this case be reinstated, for good cause shown.

  Respectfully submitted,

  ROBEIN, URANN & LURYE, P.L.C.

  _____
  MARIA C. CANGEMI (Bar No. 20136)
  Post Office Box 6768 (70009-6768)
  2540 Severn Avenue
  Suite 400
  Metairie, Louisiana 70002
  Telephone: (504) 885-9994

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Reinstate Case has been served upon the defendant, Calvin Arena, Post Office Box 271, Kiln, Mississippi, 39556, by placing same in the United States Mail, properly addressed and postage prepaid, this ___7___ day of ___August___, 2000.

_____
MARIA C. CANGEMI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASBESTOS WORKERS LOCAL 53 HEALTH & WELFARE FUND and ITS BOARD OF TRUSTEES | * * * * | CIVIL ACTION  NO. 00-354 |
| VERSUS | * * | SECTION "R" |
| CALVIN ARENA | * * * | JUDGE VANCE  MAG. CHASEZ (5) |

* * * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

Considering the above and foregoing,

**IT IS HEREBY ORDERED** that plaintiffs, Asbestos Workers Local 53 Health & Welfare Fund and Its Board of Trustees' motion be granted and that the lawsuit against defendant, Calvin Arena is hereby reinstated.

Signed at New Orleans, Louisiana, this 7th day of August, 2000.

_____
JUDGE

F:\WP51\MARIAC\ASBESTOS.53\PLEADINGS\ARENA-REINSTATE.MOT wpd

- 4 -

Case 2:00-cv-00354-SSV   Document 6   Filed 08/07/2000   Page 5 of 6

AO 440 (Rev. 10/93) Summons in a Civil Action
==================================================================================================

# United States District Court

## EASTERN DISTRICT OF LOUISIANA



JUN 22 P 4:12 RETURN

ASBESTOS WORKERS LOCAL 53          SUMMONS IN A CIVIL CASE
HEALTH & WELFARE FUND and ITS
BOARD OF TRUSTEES

             V.                    Case Number: 00-354-R(5)

CALVIN ARENA


TO: (Name and address of defendant)

Calvin Arena


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Maria C. Cangemi
2540 Severn Ave. Ste. 400
Metairie, LA 70002


an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.


Loretta G. Whyte                       February 4, 2000
Clerk                                  Date

(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 6-21-00 |
| NAME OF SERVER (PRINT)  Diane B. Roddy | TITLE  Secretary |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Office of A.W. Local #53 Union Hall at 1:08 P.M.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-21-00
            Date

Signature of Server: Diane B. Roddy

Address of Server: 4033 W. Loyda Dr., Kenner, LA 70065

Witness: Marcia S. Ferrer

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.