

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG -8 PM 3:28

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASBESTOS WORKERS LOCAL 53 HEALTH & WELFARE FUND and ITS BOARD OF TRUSTEES | * * * * | CIVIL ACTION<br><br>NO. 00-354 |
| VERSUS | * * | SECTION "R" |
| CALVIN ARENA | * * * | JUDGE VANCE<br><br>MAG. CHASEZ (5) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### REQUEST FOR ENTRY OF DEFAULT

TO:  Clerk of Court
     United States District Court
     United States Courthouse
     500 Camp Street
     New Orleans, LA  70130

Dear Clerk:

Please enter the default of defendant, CALVIN ARENA, for failure to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure. This request is made pursuant

F:\WP51\MARIAC\ASBESTOS.53\PLEADINGS\ARENA-DEF.ENT.wpd

- 1 -

DATE OF ENTRY

AUG 0 8 2000



to Civ. R. 55(a) and is supported by the affidavit of Maria C. Cangemi, which is attached as Exhibit "A".

        **ROBEIN, URANN & LURYE**

*[signature: Maria C. Cangemi]*

**MARIA C. CANGEMI** (Bar No. 20136)
Post Office Box 6768 (70009-6768)
2540 Severn Avenue, Suite 400
Metairie, LA 70002
Telephone: (504) 885-9994

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASBESTOS WORKERS LOCAL 53 HEALTH & WELFARE FUND and ITS BOARD OF TRUSTEES | * * * | CIVIL ACTION NO. 00-354 |
| VERSUS | * * | SECTION "R" |
| CALVIN ARENA | * * * | JUDGE VANCE MAG. CHASEZ (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleadings has been served upon defendant, Calvin Arena, Post Office Box 271, Kiln, Mississippi, 39556, by placing same in the United States Mail, properly addressed and postage prepaid, this ____ day of August, 2000.

                                                                                                          _____
                                                                                                          MARIA C. CANGEMI

F:\WP51\MARIAC\ASBESTOS.53\PLEADINGS\ARENA-DEF.ENT.wpd

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASBESTOS WORKERS LOCAL 53 HEALTH & WELFARE FUND and ITS BOARD OF TRUSTEES | * * * * | CIVIL ACTION<br><br>NO. 00-354 |
| VERSUS | * * | SECTION "R" |
| CALVIN ARENA | * * * | JUDGE VANCE<br><br>MAG. CHASEZ (5) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ENTRY OF DEFAULT

Upon plaintiff's application for entry of default against defendant, Calvin Arena for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, and it appearing that more than 20 days have passed since defendant was served with a summons and complaint, and that defendant has not appeared to defend this action, it is

**ORDERED** that default is entered against defendant, Calvin Arena in favor of plaintiffs.

New Orleans, Louisiana, this 8th day of August, 2000.

           LORETTA G. WHYTE, Clerk
           CLERK OF COURT
           UNITED STATES DISTRICT COURT

           By_____
             Deputy Clerk

F:\WP51\MARIAC\ASBESTOS.53\PLEADINGS\ARENA-DEF.ENT.wpd