FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
SEP 05 2000
2000 SEP -5 PM 12: 49
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASBESTOS WORKERS LOCAL 53 HEALTH & WELFARE FUND and ITS BOARD OF TRUSTEES | * * * * | CIVIL ACTION<br><br>NO. 00-354 |
| VERSUS | * * | SECTION "R" |
| CALVIN ARENA | * * | JUDGE VANCE |
| | * | MAG. CHASEZ (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF JUDGMENT BY DEFAULT

Upon plaintiff's application for entry of judgment by default against defendant, Calvin Arena for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, and it appearing that defendant is not an infant or incompetent person, defendant is not in the military service, it is

**ORDERED** that judgment by default is entered against defendant in favor of plaintiffs in the amount of $6,790.98, plus attorneys' fees and costs in the amount of $1,022.65, for a total of $7,813.63, as prayed for in plaintiffs' Complaint.

F:\WP51\MARIAC\ASBESTOS.53\PLEADINGS\ARENA-DEF.JUD.wpd

DATE OF ENTRY
SEP 0 6 2000

- 1 -



___ Fee
___ Process
_X_ Dktd
___ CtRmDep
Doc.No.

New Orleans, Louisiana, this __5th__ day of __September__, 2000.

_____
JUDGE, UNITED STATES DISTRICT COURT